UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IRA A. TURRET SEP-IRA DATED<br>01/24/02, Individually and On Behalf<br>Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC.,<br>JOHN J. MASIZ, and JOSEPH FRATTAROLI<br>    Defendants. | CIVIL ACTION NO.<br>04-10980 (RCL) |
| CHARLES ROBINSON,<br>Individually and On Behalf of<br>All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS, INC.,<br>JOHN J. MASIZ and JOSEPH FRATTAROLI,<br>    Defendants. | CIVIL ACTION NO.<br>04-11221 (RCL) |

**JOINT MOTION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, hereby agree to extend the time within which defendants Vaso Active Pharmaceuticals, Inc, John J. Masiz and Joseph Frattaroli (collectively the "Defendants") must answer, move or otherwise respond to the complaints in these actions. Plaintiffs' counsel has represented that plaintiffs will file an amended complaint in these actions. Thus, the parties respectfully request that the pleading and briefing schedule ordered on May 21, 2004 in the related

matter entitled <u>In re Vaso Active Pharmaceuticals, Inc. Securities Litigation</u>, 04-10708-RCL, apply to these cases.

Dated: June 8, 2004

| | |
|---|---|
| IRA A. TURRET SEP-IRA DATED 01/24/02, and CHARLES ROBINSON, Individually and On Behalf of All Others Similarly Situated, | VASO ACTIVE PHARMACEUTICALS, INC., JOHN J. MASIZ, and JOSEPH FRATTAROLI, |
| By their attorneys, | By their attorneys, |
| **/s/ N. Nancy Ghabai** | **/s/ Colleen Dunham Henschke** |
| Jeffrey C. Block, BBO #600747<br>Michael T. Matraia, BBO #633049<br>N. Nancy Ghabai, BBO #645050<br>BERMAN DEVALERIO PEASE<br>TABACCO BURT & PUCILLO<br>One Liberty Square, 8th Floor<br>Boston, Massachusetts 02109 | Jeffrey B. Rudman (BBO #433380)<br>Michael G. Bongiorno (BBO #558748)<br>Colleen Dunham Henschke (BBO #645009)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street,<br>Boston, Massachusetts 02109<br>(617) 526-6000 |
| *Co-counsel for Plaintiff Ira A. Turret SEP-IRA Dated 01/24/02 and Charles Robinson:*<br>Richard A. Speirs<br>Stephen L. Brodsky<br>Shaye J. Fuchs<br>ZWERLING, SCHACHTER<br>& ZWERLING, LLP<br>845 Third Avenue<br>New York, NY 10022<br>(212) 223-3900 | Richard S. Kraut<br>DILWORTH PAXSON LLP<br>1818 N Street, N.W., Suite 400<br>Washington, D.C. 20036<br>(202) 452-0900 |

*Co-counsel for Plaintiff Charles Robinson:*

Richard A. Lockridge
Karen H. Reibel
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on this 8th day of June, 2004 either electronically or by overnight mail on:

>N. Nancy Ghabai, BBO #645050
>BERMAN DEVALERIO PEASE
>TABACCO BURT & PUCILLO
>One Liberty Square, 8th Floor
>Boston, Massachusetts 02109

**/s/ Colleen Dunham Henschke**