AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

DISTRICT OF __Massachusetts__

CHARLES ROBINSON, Individually and On
Behalf of All Others Similarly Situated,

          Plaintiff

V.

VASO ACTIVE PHARMACEUTICALS, INC.,
JOHN J. MASIZ AND JOSEPH FRATTAROLI,

          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11221 RCL

TO: (Name and address of defendant)

Vaso Active Pharmaceuticals, Inc.
John J. Masiz
99 Rosewood Drive, Suite 260
Danvers, MA 01923

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Berman DeValerio Pease Tabacco Burt & Pucillo
N. Nancy Ghabai, Esq.
One Liberty Square
Boston, MA 02109
(617) 542-8300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

(BY) DEPUTY CLERK

DATE: 6-4-04

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                             Date                                                      Signature of Server

                                                                       _____
                                                                       Address of Server

(1)     As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 25, 2004 |
| NAME OF SERVER: JOHN MILANO | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   99 Rosewood Drive, Suite 260, Danvers _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
   _____

   Said service was made at: _____, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named _____
   Said service was made at:
   _____, MASSACHUSETTS

**STATEMENT OF SERVICE FEES**

SERVICE FEE  $  41.00   _____ Trips

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 25, 2004                  /s/ John Milano
                    Date                         Signature of Server

                                             One Devonshire Place, Boston, Massachusetts
                                             Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
Massachusetts Constables since 1925       Boston, MA 02109                  Fax #        (617) 720-5737