UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
DENNIS E. SMITH, On Behalf of Himself )
and All Others Similarly Situated,    )
                    Plaintiff         )
                                      )
v.                                    )   C.A. No. 04-10708-RCL
                                      )
VASO ACTIVE PHARMACEUTICALS,          )
INC., STEPHEN G. CARTER and JOHN      )
J. MASIZ, ET AL                       )
                    Defendants        )
_____)
                                      )
CHRISTOPHER PEPIN, Individually and   )
On Behalf of All Others Similarly Situated, )
                    Plaintiff         )
                                      )
v.                                    )   C.A. No. 04-10763-RCL
                                      )
VASO ACTIVE PHARMACEUTICALS,          )
INC., STEPHEN G. CARTER and JOHN      )
J. MASIZ, ET AL                       )
                    Defendants        )
_____)
                                      )
KOUROSH ALIPOR, Individually and      )
On Behalf of All Others Similarly Situated, )
                    Plaintiff         )
                                      )
v.                                    )   C.A. No. 04-10877-RCL
                                      )
VASO ACTIVE PHARMACEUTICALS,          )
INC., STEPHEN G. CARTER and JOHN      )
J. MASIZ, ET AL                       )
                    Defendants        )
_____)

|  |  |  |
|---|---|---|
| MODHI GUDE and ARJI GAUTHAMI,<br>On Behalf of Themselves and All Others<br>Similarly Situated,<br>　　　　　　　　Plaintiff<br><br>v.<br><br>VASO ACTIVE PHARMACEUTICALS,<br>INC., STEPHEN G. CARTER and JOHN<br>J. MASIZ, ET AL<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-10789-RCL |

## ORDER FOR CONSOLIDATION

It is hereby ordered that the above-captioned cases be and they hereby are consolidated for all purposes. The consolidated cases shall be captioned *"In Re Vaso Active Pharmaceuticals Securities Litigation"* and they will bear docket no. 04-10708-RCL. All of the individual cases, except case no. 04-10708-RCL, will be closed and terminated on the court's docket. All securities actions filed in this court, as related to the consolidated cases, will be consolidated with *In Re Vaso Active Pharmaceuticals Securities Litigation*.

　　SO ORDERED.


　　　　　　　　　　　　　　　　　　　　　　　　/s/ REGINALD C. LINDSAY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATED: May 11, 2004